Jeff Gundersen
Register No. 14166-047
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, Calif., 93436

**FILED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JEFF GUNDERSEN,            )   Case: 1:08-cv-01498
          Plaintiff,       )   Assigned To : Sullivan, Emmet G.
                           )   Assign. Date : 8/28/2008
                           )   Description: FOIA/Privacy Act
     v.                    )
                           )     (Freedom of Information
                           )      Act 5 U.S.C. § 552)
FEDERAL BUREAU OF INVESTIGATION, )
          Defendant.       )

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to order the production of agency records described herein.

### JURISDICTION

2. This court has jurisdiction over this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(2)(B).

### PARTIES

3. Plaintiff is JEFF GUNDERSEN, presently an inmate at the Federal Penitneitary in Lompoc, California, that was interviewed

RECEIVED
AUG 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

by a Special Agent from the Los Angeles Field Office in connection with the public corruption investigation being conducted by federal and state law enforcement authorities in Nebraska and Iowa into the the criminal misconduct that [Iowa] Prosecutor Jeffrey TeKippe was alleged to have engaged in.

4. Defendant, Federal Bureau of Investigation [FBI], is an agency of the executive branch of the United States government, as defined by 5 U.S.C. § 552(f) and it has possession of an control over the records that plaintiff seeks to compel the production of.

5. By letter dated March 3, 2008, plaintiff requested that defendant provide him copies of any and all agency records which reference him that are maintained by the Los Angeles Field Office, specifically -

a. the FBI 302 Field Report of Interview prepared by the Los Angeles Special Agent following the plaintiff's January 2008 interview at the federal penitentiary in connection with the public corruption investigation being conducted by federal law enforcement authorities into the criminal misconduct that Prosecutor TeKippe was alleged to have engaged in.

b. the results of the January 2008 polygraph examination that plaintiff took at the federal penitentiary in connection with the public corruption investigation being conducted by federal law enforcement authorities into the criminal misconduct that Prosecutor TeKippe was alleged to have engaged in.

A copy of the March 3, 2008 letter request is submitted as Exhibit A to this complaint. See <u>Letter to FBI Los Angeles Field Office from Jeff Gundersen</u> dated March 3, 2008 at ¶¶ 2-3.

6. The plaintiff also contended that he qualified for a waiver of fees since the release of the requested information will primarily benefit the general public and will be of public interest. The required records directly relate to the public corruption investigation being conducted by federal law enforcement into the criminal misconduct that Prosecutor Jeffrey TeKippe. Plaintiff contends that the FBI's handling of the allegations and information about TeKippe can only be characterized as a less than vigorous effort to investigate its reliability. The FBI is participating in a sham investigation of the TeKippe matter and have been driven by motives other than the pursuit of justice.

7. It is the plaintiff's position that federal authorities in Nebraska and Iowa have (1) failed to conduct a thorough investigation into's TeKippe's criminal misconduct in a good faith manner; and (2) are more concerned with limiting TeKippe's exposure to any further criminal charges for the purpose of insulating hundreds of serious felony convictions TeKippe obtained for the State of Iowa during the time period that he has been alleged to have been engaging in the criminal misconduct at issue. To that end, these federal authorities have used the Los Angeles FBI to engage in unethical conduct for the purpose of trying to undermine plaintiff's credibility.

8. It is anticipated that the records involved in this FOI request will show that an FBI Agent from the LA Field Office was utilized by Nebraska federal officials to interview plaintiff behind his attorney's back despite being aware that Chief Judge Bataillon had appointed counsel to represent plaintiff in connection with his

cooperative efforts. Moreover, records responsive to this request will show that LA-FBI was utilized to not only interview plaintiff behind his attorney's back, but also to administer a polygraph examination without counsel's approval despite the fact that the FBI knew that the Court had appointed an attorney to represent the plaintiff with regards to his cooperative efforts in connection with the TeKippe public corruption investigation.[*]

9. The plaintiff is seeking to compel the production of the requested information so that he can disseminate publicly the fact that the FBI engaged in unethical conduct in connection with the TeKippe investigation for the purpose of concealing the actions taken by law enforcement authorities in Nebraska and Iowa to cover up the criminal misconduct that TeKippe engaged in.

10. Defendant FBI has responded to plaintiff's request for agency records by claiming that "[n]o records responsive to your FOIPA request were located by a search" of the Los Angeles field office's "automated indices". A copy of the May 12, 2008, response is submitted as Exhibit B to this complaint. See <u>Letter to Jeff Gundersen from Records Management Division Section Chief David Hardy</u> dated May 12, 2008.

11. Plaintiff appealed the FBI's response to his FOI request. A copy of the May 20, 2008, administrative appeal is submitted as Exhibit C to this complaint. See <u>FOI Request Administrative Appeal</u> dated May 20, 2008. Plaintiff contended that the FBI's response to

---

[*] The fact that the examiners preliminary conclusion was that the polygraph results showed "no deception indicated" is besides the point; the FBI should never have conducted the interview/examination behind his attorney's back without plaintiff's counsel present.

his FOI request was "wholly inadequate" and "nonresponsive" on account of the fact that there had to have been responsive records because he had been interviewed in January, 2008, by an FBI Agent from the Los Angeles Field Office. The plaintiff contends that the FBI's search for agency records was inadequate and seeks an order from this court requiring the production of all records responsive to his request after the completion of a diligent search.

12. Plaintiff has exhausted his administrative remedies under the Freedom of Information Act, 5 U.S.C. § 552(a)(6)(C)(i).

13. Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for defendant's failure to disclose them to him.

14. Plaintiff also requests a fee waiver since release of the requested information will primarily benefit the general public and will be in the public interest. Additionally, the plaintiff has been found to be indigent by the U.S. District Court in Nebraska whom, on account of the plaintiff's indigency, appointed counsel in Nov. 2007 to represent him in connection with his cooperative efforts in the TeKippe public corruption investigation.

WHEREFORE, Plaintiff prays that this Court:

1. Declare that defendant's have not made a diligent search for appropriately responsive material;

2. Order defendant herein to immediately process and release the requested documents. In the alternative, Order the defendant to produce a detailed itemization, indexing and justification of any documents withheld, in whole or in part, after a diligent search for

responsive material has been completed;

    3. Order defendant herein to waive all fees, and

    4. Grant to plaintiff any other relief as the interests of justice may require.


DATED: July 25, 2008                   Respectfully submitted,

                                                 Jeff Gundersen

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

08-1498
EGS

## I (a) PLAINTIFFS

Jeff Gundersen

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 14166-047

## DEFENDANTS

FBI

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:08-cv-01498
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/28/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)

- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

**DATE** 8/28/08   **SIGNATURE OF ATTORNEY OF RECORD** MCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd