AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**
AUG 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Jeff Gundersen_   **District of** COLUMBIA

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

_Federal Bureau Investigation_

CASE NUMBER: 08 1498

Defendant

I, _Jeff Gundersen_, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _U.S.P. Lompoc_

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)  _Unicor Factory, U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436_
   $200.00 Month / $1.15 hour
   10th of every month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

**RECEIVED**
AUG 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have any cash or checking or savings accounts?  ☒ Yes       ☐ No

   If "Yes," state the total amount. $44.30  Inmate Account

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   J.G. / Daughter  $100.00

declare under penalty of perjury that the above information is true and correct.

8-19-08                    *(signed)* Jeff Gunderson
_____           _____
Date                       Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | *(signed)*  8/27/08 <br> United States Judge    Date |

Jeff Gundersen
Register No. 14166-047
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, Calif., 93436

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JEFF GUNDERSEN,           )     Civil No. _____
    Plaintiff,            )
                          )
                          )
  v.                      )
                          )
                          )
FEDERAL BUREAU OF INVESTIGATION, )
    Defendant.            )
                          )

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    NOW COMES the Plaintiff, Jeff Gundersen, and respectfully moves, pursuant to 28 U.S.C. § 1915, for an Order granting leave to proceed _in forma pauperis_ in his Freedom of Information action, without prepayment of costs and fees, and without giving security therefor. Plaintiff contends that he should be allowed to proceed _in forma pauperis_ on account of not only his indigence, but also because the requested information will primarily benefit the general public and will be in the public interest.

    The attached financial affidavit is filed in support of this motion and, has been certified by staff, to show that plaintiff has $44.30 in his prisoner account.

Respectfully,

_Jeff Gundersen_

Jeff Gundersen
Register No. 14166-047
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, Calif., 93436

**FILED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFF GUNDERSEN, ) | Civil No. _____ |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
|     Defendant. ) | |

**PLAINTIFF'S APPLICATION FOR THE COURT TO ISSUE AN ORDER TO THE U.S. MARSHALS TO SERVE DEFENDANT FEDERAL BUREAU OF INVESTIGATION PURSUANT TO FED. R. CIV. P. 4(c)(3)**

COMES NOW Plaintiff, Jeff Gundersen, and pursuant to Federal Rule of Civil Procedure 4(c)(3) respectfully moves this Honorable Court to Order the U.S. Marshals to serve Defendant FBI with the plaintiff's summons and Freedom of Information Act complaint on account of his indigence. A motion for leave to proceed in forma pauperis has been filed in conjunction with this application.

Dated: August 2, 2008

Respectfully,

*Jeff Gundersen*
Jeff Gundersen

2